# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| USA | § | |
| :--- | :--- | :--- |
| | § | |
| vs. | § | NO:   AU:23-M -00484(1) |
| | § | |
| (1) Saint Jovite Youngblood | § | |

## LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
| :--- | :--- |
| 1. Lindsey Wilkinson | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |