IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | 1:23-MJ-484 |
| | § | |
| SAINT JOVITE YOUNGBLOOD, | § | |
| AKA KOTA YOUNGBLOOD, | § | |
| Defendant | | |

## ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

For the following reasons, I find that the credible testimony and information submitted at the hearing establishes by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the defendant's appearance. Additionally, I find by clear and convincing evidence that no condition or combination of conditions will (a) reasonably assure the safety of the community; or (b) appropriately deal with the serious risk the defendant poses to the obstruction or attempted obstruction of justice, the possible threat, injury or intimidation or attempted intimidation of a prospective witness or juror.

My decision is based upon the following factors: the nature and circumstances of the offense charged; the weight of the evidence against the defendant; and the history and characteristics of the defendant, including his criminal history.

1

The criminal scheme described in the complaint and buttressed by the testimony of FBI Special Agent Wilkinson warrants the defendant's detention. The defendant is incapable of telling the truth. His lies are sweeping, malicious and malevolent. The numerous lies memorialized in the complaint and the testimony and will not be repeated here as they speak for themselves. The defendant's lies were designed to intimidate potential victims and once the hook was set, to keep that victim intimidated-- all in an effort to separate the victim from their money. The defendant has a rich history of false identification, false association and repeated threats of potential violence, intimidation, and defamation.

Detention of the defendant is also warranted for the reasons set forth in the pretrial services report (page 4) as factors related to the defendant's risk of nonappearance and danger. Detention is otherwise warranted for the reasons described at the conclusion of the hearing.

To be very clear, the evidence produced at the hearing gives the Court <u>NO</u> confidence in any promise the defendant was to make to abide by any release conditions set by this court.

**Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of

an appearance in connection with a court proceeding.

SIGNED August 10, 2023.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE